

# NUMBER 13-13-00637-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

| INTERNATIONAL FIDELITY INSURANCE COMPANY D/B/A ROQUE BAIL BONDS, | Appellant, |
|---|---|
| v. | |
| THE STATE OF TEXAS, | Appellee. |

---

### On appeal from the 107th District Court of Cameron County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Memorandum Opinion Per Curiam

Appellant, International Fidelity Insurance Company d/b/a Roque Bail Bonds, filed an appeal from a judgment entered on October 14, 2013. The appellant failed to file to file a brief and on June 19, 2014, this Court abated the appeal and ordered the trial court to determine whether appellant desired to prosecute this appeal.

The trial court held a hearing on July 9, 2014 and appellant did not appear. After considering the arguments of counsel and reviewing the court's file, the trial court found that appellant does not desire to prosecute the appeal. Accordingly, this appeal is REINSTATED.

Based upon the recommendations of the trial court that appellant does not desire to prosecute the appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2. Accordingly, we dismiss the appeal.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
31st day of July, 2014.